United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **TARIQTALA MAHMOUD ALZUBI**, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:25-cv-00137 |
| | § | |
| **EL VALLE DETENTION** | § | |
| **FACILITY**, | § | |
| Defendant. | § | |

## ORDER

On June 24, 2025, Petitioner Tariqtala Mahmoud Alzubi ("Mahmoud Alzubi") filed a "Petition for [Writ] of [Habeas] Corpus 28 U.S.C. § 636(b)" (hereinafter, Mahmoud Alzubi's "Petition") alleging that he has been unlawfully detained by federal immigration authorities while awaiting removal to Jordan, citing the Supreme Court's holding in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. No. 1. Specifically, Mahmoud Alzubi asserts that he has "been in the El Valle detention center for 7 month[s] awaiting [his] deportation,"[1] that "I.C.E. officers have changed the date of [his] deportation several times," and that he has "repeatedly asked for self-deportation at [his] own expense." *Id.*

The United States Supreme Court has made clear that for purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate custodian of the petitioner who has the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court notes that the proper respondent is the *custodial officer* of the facility at which Mahmoud Alzubi is detained, here the El Valle Detention Facility in Raymondville, Texas.

---

[1] At this time, the Court does not know whether or when a Final Deportation Order was issued for Mahmoud Alzubi.

Accordingly, the Court hereby **DIRECTS** the Clerk of Court to correct the docket to reflect Francisco Venegas – the Facility Administrator at the El Valle Detention Center – as the Respondent. If Venegas is no longer the custodial officer for the El Valle Detention Facility, the Government shall inform the Court of who is the proper respondent.

The Clerk is **ORDERED** to serve the Petition and this Order upon Francisco Venegas at the El Valle Detention Facility at 1800 Industrial Drive in Raymondville, Texas 78580 and the United States Attorney for the Southern District of Texas, Nicholas Ganjei at 1000 Louisiana, Ste. 2300, Houston, TX 77002.

Finally, the Clerk is **ORDERED** to send Mahmoud Alzubi a copy of the AO 242 Form and this Order.

**MAHMOUD ALZUBI** is **ORDERED** to **SUBMIT A COMPLETED COPY OF THE AO 242 FORM WITHIN 30 DAYS OF RECEIVING IT**. Upon receipt of Mahmoud Alzubi's completed AO 242 Form, the Court will then issue an Order setting a schedule for briefing if one is required.


**SO ORDERED.**


**SIGNED** on this **30th** day of **June, 2025**, at Brownsville, Texas.


_____
**Ignacio Torteya, III**
**United States Magistrate Judge**