Case 1:25-cv-00137   Document 24   Filed on 08/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TARIQTALA MAHMOUD ALZUBI, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-137 |
| § | |
| FRANCISCO VENEGAS, § | |
| § | |
| Respondent. § | |

# ORDER

Petitioner Tariqtala Mahmoud Alzubi filed a petition for a writ of habeas corpus, challenging his prolonged post-removal-order detention. (Pet., Doc. 1)  Respondent Francisco Venegas has advised the Court that the United States has removed Mahmoud Alzubi from the country. (Advisory, Doc. 22)  Mahmoud Alzubi's removal moots his claim to relief. *See Alvarez Colina v. Gillis*, No. 21-60064, 2022 WL 1001437, at *1 (5th Cir. Apr. 4, 2022) (finding that a habeas petition challenging post-removal-order detention is mooted by the petitioner's removal). Accordingly, it is:

**ORDERED** that Petitioner Tariqtala Mahmoud Alzubi's causes of action are **DISMISSED WITHOUT PREJUDICE** as moot.

The Clerk of Court shall terminate this case.

Signed on August 8, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge